UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
312 N. SPRING STREET
LOS ANGELES, CALIFORNIA 90012
(213)894-5290

CHAMBERS OF
**A. HOWARD MATZ**
UNITED STATES DISTRICT JUDGE

August 25, 2008

Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

> *Re: 2008 Annual Financial Disclosure Report*

Dear Judge Smith:

In response to your letter of June 24, 2008 (which I did not receive until it was sent a second time earlier this month), the following information answers your questions.

| Page/Line 2007 Report (last year's) | Page/Line 2008 Report (current) |
|---|---|
| 9/102 (Mittal Steel) is shown on<br>10/103 (Mittal Steel) is shown on | 4/17 (Arcelormittal) (Reason: merger and name change). |
| | |
| 11/131 (St. Paul Companies) is shown on | 15/191-192 (Travelers) Another merger/name change. |
| | |
| 16/210 Harbor Capital Fund | Was sold in 2005, mistakenly appeared on last year's report. |
| | |
| 17/223 Caldwell & Orkin<br>17/224 Caldwell & Orkin<br>17/234 Caldwell & Orkin | Was sold in 2005, mistakenly appeared on last year's report. |

I trust this answers your staff's questions. Please confirm that my 2008 report (for 2007) has been "closed." Thank you.

V

A

AHM:cmf

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Matz, Howard A | Central District of California | 05/10/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> **5b.** ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 312 N. Spring St., Room 170 <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustor and Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 P 1:33 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Salary paid by Harvard-Westlake School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Aspen Institute - 11/9/07-11/11/07 | Seminar. Transportation, meals and lodging |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST NO. 3 | F | Int./Div. | P1 | T | | | | | |
| 2. ADC Telecommunications Inc. | | | | | Sell | 1/19 | J | B | |
| 3. Alcoa Inc. | | | | | Buy | 12/19 | J | | |
| 4. Allegheny Energy Inc. | | | | | Sell | 8/13 | J | A | |
| 5. Allegheny Energy Inc. | | | | | Sell | 9/25 | J | A | |
| 6. Allstate Corp. | | | | | Buy | 8/27 | J | | |
| 7. Allstate Corp. | | | | | Buy | 9/4 | J | | |
| 8. Allstate Corp. | | | | | Buy | 9/10 | J | | |
| 9. Allstate Corp. | | | | | Buy | 11/26 | J | | |
| 10. Allstate Corp. | | | | | Buy | 12/3 | J | | |
| 11. American Electric Power | | | | | Buy | 7/30 | J | | |
| 12. American International Group | | | | | Sell | 11/21 | J | A | |
| 13. American International Group | | | | | Sell | 12/19 | J | A | |
| 14. American Tower Corp. | | | | | Sell | 1/3 | J | B | |
| 15. Amerisourcebergen Corp. | | | | | Buy | 1/23 | J | | |
| 16. Amerisourcebergen Corp. | | | | | Buy | 12/6 | J | | |
| 17. Arcelormittal Sa Luxembourg | | | | | Buy | 3/23 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Arrow Electronics | | | | | Sell | 3/27 | J | A | |
| 19. AT&T Inc. | | | | | Buy | 8/27 | J | A | |
| 20. AT&T Inc. | | | | | Buy | 9/17 | J | | |
| 21. AT&T Inc. | | | | | Buy | 10/5 | J | | |
| 22. AT&T Inc. | | | | | Buy | 10/15 | J | | |
| 23. AT&T Inc. | | | | | Buy | 11/2 | J | | |
| 24. AT&T Inc. | | | | | Buy | 11/26 | J | | |
| 25. AT&T Inc. | | | | | Sell | 3/16 | J | C | |
| 26. AT&T Inc. | | | | | Sell | 3/27 | J | A | |
| 27. AT&T Inc. | | | | | Sell | 5/3 | J | B | |
| 28. AT&T Inc. | | | | | Sell | 5/23 | J | C | |
| 29. AT&T Inc. | | | | | Cash in Lieu | 1/10 | J | A | |
| 30. Autoliv Inc. | | | | | Buy | 7/3 | J | | |
| 31. Bank of America Corp. | | | | | Buy | 3/29 | J | | |
| 32. Bank of America Corp. | | | | | Sell | 11/21 | J | A | |
| 33. Bernstein Emerging Markets | | | | | Sell | 7/25 | K | D | |
| 34. Bernstein Tax Managed | | | | | Buy | 12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bernstein Tax Managed | | | | | Sell | 3/7 | J | A | |
| 36. Bernstein Tax Managed | | | | | Sell | 7/10 | K | B | |
| 37. Black & Decker Corp. | | | | | | | | | |
| 38. BP Pic-Spons ADR | | | | | Buy | 10/9 | J | | |
| 39. BP Pic-Spons ADR | | | | | Buy | 10/16 | J | | |
| 40. BP Pic-Spons ADR | | | | | Sell | 8/23 | K | A | |
| 41. Caterpillar Inc. | | | | | Buy | 9/24 | J | | |
| 42. Caterpillar Inc. | | | | | Buy | 11/2 | J | | |
| 43. CBS Corp - Class B | | | | | Sell | 10/9 | J | B | |
| 44. Chevron Corp. | | | | | Buy | 7/3 | J | | |
| 45. Chevron Corp. | | | | | Sell | 10/9 | J | C | |
| 46. Cisco Systems Inc. | | | | | Sell | 3/20 | J | B | |
| 47. Citigroup Inc. | | | | | Sell | 7/25 | J | A | |
| 48. Citigroup Inc. | | | | | Sell | 8/13 | J | A | |
| 49. Citigroup Inc. | | | | | Sell | 10/25 | J | A | |
| 50. Citigroup Inc. | | | | | Sell | 11/21 | J | A | |
| 51. Clorox Company | | | | | Sell | 6/28 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comcast Corp. | | | | | Sell | 6/28 | J | C | |
| 53. Comcast Corp. | | | | | Sell | 9/18 | J | A | |
| 54. Comcast Corp. | | | | | Stock Split | 2/27 | J | | |
| 55. Coca Cola Co. | | | | | Sell | 1/16 | J | B | |
| 56. Conocophillips | | | | | Buy | 1/18 | J | | |
| 57. Conocophillips | | | | | Buy | 7/30 | J | | |
| 58. Conocophillips | | | | | Buy | 8/6 | J | | |
| 59. Conocophillips | | | | | Buy | 8/20 | J | | |
| 60. Cooper Industries ltd. | | | | | Sell | 3/8 | J | B | |
| 61. Countrywide Financial Corp. | | | | | Buy | 2/9 | J | | |
| 62. Countrywide Financial Corp. | | | | | Buy | 2/9 | J | | |
| 63. Countrywide Financial Corp. | | | | | Buy | 4/25 | J | | |
| 64. Countrywide Financial Corp. | | | | | Buy | 5/7 | J | | |
| 65. Countrywide Financial Corp. | | | | | Buy | 6/18 | J | | |
| 66. Countrywide Financial Corp. | | | | | Sell | 8/23 | J | A | |
| 67. Constellation Energy Group | | | | | | | | | |
| 68. Coveidien Limited | | | | | Spin-Off | 7/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Daimlerchrysler AG-reg | | | | | Sell | 4/23 | J | B | |
| 70. Daimlerchrysler AG-reg | | | | | Sell | 6/11 | J | C | |
| 71. Deutsche Bank AG | | | | | Buy | 8/22 | J | | |
| 72. Deutsche Bank AG | | | | | Buy | 11/26 | J | | |
| 73. Deutsche Bank AG | | | | | Buy | 11/27 | J | | |
| 74. Electronic Data Systems Corp. | | | | | Sell | 3/21 | J | A | |
| 75. Entergy Corp. | | | | | Sell | 5/11 | J | B | |
| 76. Fannie Mae | | | | | Buy | 12/21 | J | | |
| 77. Fannie Mae | | | | | Sell | 9/20 | J | B | |
| 78. Federated Department Stores | | | | | Buy | 3/19 | J | | |
| 79. Federated Department Stores | | | | | Buy | 3/26 | J | | |
| 80. Federated Department Stores | | | | | Merger | 6/1 | J | | |
| 81. Fidelity National CI A | | | | | Buy | 5/29 | J | | |
| 82. Fidelity National CI A | | | | | Sell | 11/8 | J | A | |
| 83. Flextronics Intl Ltd. | | | | | Buy | 12/6 | J | | |
| 84. Freddie Mac | | | | | Sell | 10/5 | J | A | |
| 85. Freddie Mac | | | | | Sell | 12/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. General Electric Co. | | | | | Sell | 8/3 | J | A | |
| 87. General Electric Co. | | | | | Sell | 10/3 | J | B | |
| 88. General Motors Corp. | | | | | Buy | 9/25 | J | | |
| 89. General Motors Corp. | | | | | Buy | 9/26 | J | | |
| 90. General Motors Corp. | | | | | Buy | 11/30 | J | | |
| 91. General Motors Corp. | | | | | Sell | 12/31 | J | A | |
| 92. Genworth Financial Inc. | | | | | Buy | 1/30 | J | | |
| 93. Genworth Financial Inc. | | | | | Sell | 10/26 | J | A | |
| 94. Genworth Financial Inc. | | | | | Sell | 12/19 | J | A | |
| 95. Goldman Sachs Group Inc. | | | | | Buy | 8/27 | J | | |
| 96. Goldman Sachs Group Inc. | | | | | Buy | 9/4 | J | | |
| 97. Hartford Financial Svcs Gp | | | | | Buy | 12/6 | J | | |
| 98. Hewlett-Packard Co. | | | | | Sell | 3/27 | J | D | |
| 99. Ingersoll-Rand Co. | | | | | Buy | 2/2 | J | | |
| 100. Ingersoll-Rand Co. | | | | | Buy | 2/14 | J | | |
| 101. Ingersoll-Rand Co. | | | | | Buy | 3/12 | J | | |
| 102. Intl Business Machines Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP Morgan Chase & Co. | | | | | Buy | 11/26 | J | | |
| 104. JP Morgan Chase & Co. | | | | | Sell | 6/4 | J | A | |
| 105. KB Home | | | | | Buy | 4/30 | J | | |
| 106. KB Home | | | | | Buy | 12/26 | J | | |
| 107. KB Home | | | | | Sell | 10/26 | J | A | |
| 108. Kellogs Co. | | | | | Sell | 6/14 | J | B | |
| 109. Kraft Foods Inc. - A | | | | | Buy | 5/15 | J | | |
| 110. Kraft Foods Inc. - A | | | | | Buy | 5/17 | J | | |
| 111. Kraft Foods Inc. - A | | | | | Buy | 5/21 | J | | |
| 112. Kraft Foods Inc. - A | | | | | Sell | 8/17 | J | A | |
| 113. Kraft Foods Inc. - A | | | | | Sell | 10/31 | J | A | |
| 114. Kroger Co. | | | | | Sell | 5/2 | J | A | |
| 115. Limited Brands Inc. | | | | | Sell | 7/30 | J | A | |
| 116. Macy's Inc. | | | | | Merger | 6/1 | J | | |
| 117. Macy's Inc. | | | | | Buy | 7/30 | J | | |
| 118. Macy's Inc. | | | | | Buy | 10/30 | J | | |
| 119. Macy's Inc. | | | | | Sell | 10/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Macy's Inc. | | | | | Buy | 11/30 | J | A | |
| 121.  Marathon Oil Corp. | | | | | Buy | 3/23 | J | | |
| 122.  Marathon Oil Corp. | | | | | Buy | 4/2 | J | | |
| 123.  Marathon Oil Corp. | | | | | Buy | 7/5 | J | | |
| 124.  Marathon Oil Corp. | | | | | Buy | 8/9 | J | | |
| 125.  Marathon Oil Corp. | | | | | Buy | 8/15 | J | | |
| 126.  Marathon Oil Corp. | | | | | Stock Split | 6/22 | J | | |
| 127.  MBIA Inc. | | | | | Buy | 1/9 | J | | |
| 128.  MBIA Inc. | | | | | Sell | 11/30 | J | | |
| 129.  MBIA Inc. | | | | | Sell | 12/31 | J | A | |
| 130.  McDonald's Corp. | | | | | Buy | 5/18 | J | B | |
| 131.  McKesson Corp. | | | | | Buy | 8/1 | J | | |
| 132.  McKesson Corp. | | | | | Sell | 8/6 | J | | |
| 133.  Merck & Co. Inc. | | | | | Sell | 5/24 | J | B | |
| 134.  Merck & Co. Inc. | | | | | Buy | 6/4 | J | B | |
| 135.  Merrill Lynch & Co. Inc. | | | | | Buy | 12/19 | J | | |
| 136.  Metlife Inc. | | | | | Buy | 10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Microsoft Corp. | | | | | Sell | 8/13 | J | A | |
| 138. Microsoft Corp. | | | | | Sell | 8/31 | J | A | |
| 139. Microsoft Corp. | | | | | Sell | 9/7 | J | A | |
| 140. Morgan Stanley | | | | | Buy | 8/9 | J | | |
| 141. Morgan Stanley | | | | | Buy | 8/29 | J | | |
| 142. Morgan Stanley | | | | | Buy | 9/24 | J | | |
| 143. Morgan Stanley | | | | | Buy | 12/26 | J | | |
| 144. Morgan Stanley | | | | | Sell | 11/21 | J | A | |
| 145. National City Corp. | | | | | Buy | 3/29 | J | | |
| 146. National City Corp. | | | | | Sell | 8/2 | J | A | |
| 147. Nokia Corp. | | | | | Sell | 8/20 | J | B | |
| 148. Norfolk Southern Corp. | | | | | Sell | 1/31 | J | C | |
| 149. Northrop Grumman Corp. | | | | | Buy | 7/5 | J | | |
| 150. Northrop Grumman Corp. | | | | | Buy | 10/18 | J | | |
| 151. Occidental Petroleum Corp. | | | | | Sell | 3/27 | J | C | |
| 152. Office Depot Inc. | | | | | Sell | 12/19 | J | A | |
| 153. Owens-Illinois Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Parker-Hannifin Corp. | | | | | Buy | 8/1 | J | | |
| 155. Parker-Hannifin Corp. | | | | | Cash in Lieu | 10/16 | J | A | |
| 156. Parker-Hannifin Corp. | | | | | Stock Split | 10/5 | J | | |
| 157. Partnerre Ltd. | | | | | | | | | |
| 158. Pepsico Inc. | | | | | Sell | 2/6 | J | A | |
| 159. Pepsico Inc. | | | | | Sell | 5/2 | J | A | |
| 160. Pepsico Inc. | | | | | Sell | 5/11 | J | A | |
| 161. Pepsico Inc. | | | | | Sell | 9/13 | J | B | |
| 162. Pfizer Inc. | | | | | Buy | 5/21 | J | | |
| 163. Pfizer Inc. | | | | | Buy | 5/29 | J | | |
| 164. Pfizer Inc. | | | | | Buy | 6/6 | J | | |
| 165. Pfizer Inc. | | | | | Buy | 6/13 | J | | |
| 166. Pfizer Inc. | | | | | Buy | 6/18 | J | | |
| 167. Pfizer Inc. | | | | | Sell | 11/21 | J | A | |
| 168. Pharmerica | | | | | Sell | 10/12 | J | A | |
| 169. Pharmerica | | | | | Spin-Off | 8/6 | J | | |
| 170. Pharmerica | | | | | Cash in Lieu | 8/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Procter & Gamble Co. | | | | | Sell | 5/18 | J | B | |
| 172. Procter & Gamble co. | | | | | Sell | 7/26 | J | A | |
| 173. Procter & Gamble Co. | | | | | Sell | 8/13 | J | A | |
| 174. Renaissance Holdings Ltd. | | | | | | | | | |
| 175. Royal Dutch Shell Plc | | | | | Buy | 8/15 | J | | |
| 176. Royal Dutch Shell Plc | | | | | Buy | 8/20 | J | | |
| 177. Royal Dutch Shell Plc | | | | | Buy | 9/17 | J | | |
| 178. Safeway Inc. | | | | | | | | | |
| 179. Sara Lee Corp. | | | | | Buy | 1/18 | J | | |
| 180. Sara Lee Corp. | | | | | Buy | 9/20 | J | | |
| 181. Smurfit Stone Container Corp. | | | | | Sell | 4/17 | J | A | |
| 182. Sprint Nextel Corp. | | | | | Buy | 12/6 | J | | |
| 183. Supervalue Inc. | | | | | Buy | 10/16 | J | | |
| 184. Supervalue Inc. | | | | | Buy | 12/26 | J | | |
| 185. Target Corp. | | | | | Sell | 1/16 | J | B | |
| 186. Tech Data Corp. | | | | | | | | | |
| 187. Terex Corp. | | | | | Buy | 11/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Terex Corp. | | | | | Sell | 12/19 | J | A | |
| 189.  Time Warner Inc. | | | | | Sell | 8/7 | J | A | |
| 190.  Toyota Motor Corp. | | | | | Sell | 6/11 | J | A | |
| 191.  Travelers Co. Inc. | | | | | Buy | 7/30 | J | | |
| 192.  Travelers Co. Inc. | | | | | Buy | 11/26 | J | | |
| 193.  Tyco Electronics Ltd. | | | | | Spin-Off | 7/6 | J | | |
| 194.  Tyco International Ltd. | | | | | Spin-Off | 7/6 | J | | |
| 195.  Tyco International Ltd. | | | | | Buy | 3/23 | J | | |
| 196.  Tyco International Ltd. | | | | | Buy | 3/29 | J | | |
| 197.  Tyco International Ltd. | | | | | Sell | 12/21 | J | A | |
| 198.  Verizon Communications Inc. | | | | | Buy | 12/19 | J | | |
| 199.  VF Corp. | | | | | Buy | 3/20 | J | | |
| 200.  Vodafone Group Pic. | | | | | Buy | 5/22 | J | | |
| 201.  Vodafone Group Pic. | | | | | Buy | 5/25 | J | | |
| 202.  Vodafone Group Pic. | | | | | Buy | 6/19 | J | | |
| 203.  Vodafone Group Pic. | | | | | Buy | 9/21 | J | | |
| 204.  Wachovia Corp. | | | | | Sell | 1/26 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Washington Mutual Inc. | | | | | Buy | 7/30 | J | | |
| 206. Washington Mutual Inc. | | | | | Sell | 10/16 | J | A | |
| 207. Wisconsin Energy Corp. | | | | | Sell | 5/15 | J | B | |
| 208. XL Capital Ltd. | | | | | Sell | 11/21 | J | A | |
| 209. Bernstein California Municipal | | | | | Sell | 1/8 | J | A | |
| 210. Bernstein California Municipal | | | | | Sell | 4/5 | J | A | |
| 211. Bernstein California Municipal | | | | | Sell | 5/21 | K | B | |
| 212. Bernstein California Municipal | | | | | Sell | 7/6 | J | A | |
| 213. Bernstein California Municipal | | | | | Sell | 10/3 | J | A | |
| 214. IRA ONE | E | Dividend | M | T | | | | | |
| 215. Bernstein International | | | | | Buy | 3/8 | J | | |
| 216. Bernstein International | | | | | Buy | 6/27 | J | | |
| 217. Bernstein International | | | | | Buy | 10/12 | J | | |
| 218. Bernstein International | | | | | Buy | 12/11 | K | | |
| 219. Bernstein International | | | | | Sell | 1/8 | J | A | |
| 220. Bernstein International | | | | | Sell | 4/5 | J | A | |
| 221. Bernstein International | | | | | Sell | 7/6 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Bernstein International | | | | | Sell | 10/3 | J | A | |
| 223.  Bernstein Emerging Markets | | | | | Buy | 12/11 | J | | |
| 224.  Bernstein Emerging Markets | | | | | Sell | 6/27 | J | B | |
| 225.  Bernstein Emerging Markets | | | | | Sell | 10/12 | J | C | |
| 226.  IRA TWO | E | Dividend | N | T | | | | | |
| 227.  Bernstein International | | | | | Buy | 3/8 | J | | |
| 228.  Bernstein International | | | | | Buy | 6/27 | J | | |
| 229.  Bernstein International | | | | | Buy | 10/11 | J | | |
| 230.  Bernstein International | | | | | Buy | 12/11 | K | | |
| 231.  Bernstein International | | | | | Sell | 1/8 | J | A | |
| 232.  Bernstein International | | | | | Sell | 4/5 | J | A | |
| 233.  Bernstein International | | | | | Sell | 7/6 | J | A | |
| 234.  Bernstein International | | | | | Sell | 10/3 | J | A | |
| 235.  Bernstein Emerging Markets | | | | | Sell | 12/11 | J | | |
| 236.  Bernstein Emerging Markets | | | | | Buy | 6/27 | J | B | |
| 237.  Bernstein Emerging Markets | | | | | Sell | 10/11 | J | C | |
| 238.  TRUST NO. TWO | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| • (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Oppenheimer M/M | | | | | | | | | |
| 240. Whittier CA Bon | | | | | | | | | |
| 241. Cal St. Pubs Bond | | | | | Redemp | 6/1 | K | C | |
| 242. Contra Costa LA Bond | | | | | | | | | |
| 243. Hayward CA Bond | | | | | | | | | |
| 244. Hollister CA Bond | | | | | Redemp | 6/4 | K | A | |
| 245. CA Edl Fac Bond | | | | | Buy | 8/8 | L | | |
| 246. San Bernardino Bond | | | | | | | | | |
| 247. Cal St G/O Bond | | | | | Buy | 6/6 | K | | |
| 248. Torrance CA Bond | | | | | | | | | |
| 249. Capistrano CA Bond | | | | | | | | | |
| 250. Pomona CA Bond (Purchase 2003) | | | | | | | | | |
| 251. Pomona CA Bond (Purchase 2004) | | | | | | | | | |
| 252. Paramount CA Bond | | | | | | | | | |
| 253. Bonita Canyon CA Bond | | | | | | | | | |
| 254. Cerritos CA Bond | | | | | | | | | |
| 255. Willis CA Bond | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Cupertino CA Bond | | | | | | | | | |
| 257. Calif HPA (Purchase 2005) | | | | | | | | | |
| 258. Calif. Stwde 5/.75% (State Water Dev.) | | | | | | | | | |
| 259. Calif HFA 5.975% | | | | | | | | | |
| 260. Bell Gardens 5% | | | | | | | | | |
| 261. TRUST NO. 4 | A | Int./Div. | J | T | Transfer | 12/05 | K | A | To Trust One |
| 262. General Electric | | | | | Transfer | 12/05 | J | A | To Trust One |
| 263. Verizon | | | | | Transfer | 12/05 | J | A | To Trust One |
| 264. SBS Money Fund | | | | | Transfer | 12/5 | J | A | To Trust One |
| 265. TRUST NO. 5 | A | Interest | J | T | | | | | |
| 266. Washington Mutual Savings | | | | | | | | | |
| 267. TRUST NO. 6 | B | Interest | K | T | | | | | |
| 268. TIAA-CREF | C | Interest | N | T | | | | | |
| 269. Israel Bonds | A | Interest | J | T | | | | | |
| 270. TRUST NO. ONE | C | Dividend | N | T | | | | | |
| 271. AT&T Corp. | | | | | | | | | |
| 272. Agere | | | | | Donation | 12/28 | J | A | BTLS |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Comcast | | | | | | | | | |
| 274. Lucent | | | | | Donation | 12/28 | J | A | UJF |
| 275. Walt Disney | | | | | | | | | |
| 276. Schwab One Money Market | | | | | | | | | |
| 277. Dodge & Cox Stock | | | | | | | | | |
| 278. Selected American Shares | | | | | | | | | |
| 279. Calamos Growth | | | | | Sell | 2/6 | J | C | |
| 280. ICM Small Company Port | | | | | | | | | |
| 281. Pimco Emerging Co. (Now Allianz CCM Emg Cos) | | | | | Sell | 12/12 | J | A | |
| 282. Artisian Int'l | | | | | | | | | |
| 283. MS Emerging Market | | | | | | | | | |
| 284. MS Int'l Equity | | | | | | | | | |
| 285. Cohen & Steers Realty | | | | | | | | | |
| 286. Merger Fund | | | | | Buy | 2/12 | J | | |
| 287. Oakmark Int'l Small Corp. | | | | | Sell | 12/7 | J | A | |
| 288. JP Morgan Mid Cap Value | | | | | | | | | |
| 289. Ivy Glb Nat. Resources | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Hussman Strategic Growth | | | | | Sell | 6/6 | J | A | |
| 291. Pimco All Asset | | | | | Sell | 2/9 | J | A | |
| 292. Chesapeake Core Growth | | | | | Buy | 8/29 | J | | |
| 293. GE | | | | | Transfer | 12/5 | | | Trans'd from Trust No. 4 |
| 294. Verizon | | | | | Transfer | 12/5 | J | | Trans'd from Trust No. 4 |
| 295. Cohen & Steers Int'l Realty | | | | | Buy | 2/12 | J | | |
| 296. SPDR S&P Int'l Small Cap | | | | | Buy | 12/10 | J | | |
| 297. Allianz OCC Opportunity | | | | | Buy | 12/13 | J | | |
| 298. Morgan Stanley Mid Cap Growth | | | | | Buy | 2/7 | J | | |
| 299. Calamos Mkt. Neutral | | | | | Buy | 8/29 | J | | |
| 300. Investor Checking | A | Interest | J | T | Transfer | | | | Trans'd from Trust No. 4 |
| 301. IRA ROLLOVER | E | Dividend | P1 | T | | | | | |
| 302. Dodge & Cox Stock | | | | | Sell | 1/19 | J | D | |
| 303. Dodge & Cox Int'l. Stocks | | | | | | | | | |
| 304. Selected American Shares | | | | | | | | | |
| 305. Calamos Growth | | | | | Sell | 2/6 | L | F | |
| 306. ICM Small Company Port. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Pimco Emerging Companies (Now Allianz CCM Emg. Cos) | | | | | Sell | 12/07 | L | D | |
| 308. Artisian Int'l | | | | | | | | | |
| 309. MS Emerging Market | | | | | Sell | 10/11 | J | D | |
| 310. Cohen & Steers Realty | | | | | | | | | |
| 311. Merger Fund | | | | | | | | | |
| 312. Oakmark Int'l. Small Cap | | | | | Sell | 1/19 | K | B | |
| 313. Schwab Money Market | | | | | | | | | |
| 314. JP Morgan Mid Cap Value | | | | | Buy | 1/19 | J | | |
| 315. Ivy Gbl. Nat. Resources | | | | | | | | | |
| 316. UM Multi Strategy Fund | | | | | | | | | |
| 317. Cohen & Steers Int'l Realty Shares | | | | | | | | | |
| 318. Chesapeake Core Growth | | | | | Buy | 1/19 | K | | |
| 319. Hussman Strategic Growth | | | | | Sell | 6/6 | K | A | |
| 320. Allianz OCC Opportunity | | | | | Buy | 12/13 | L | | |
| 321. Calamos Market Neutral Fund | | | | | Buy | 6/7 | K | | |
| 322. Morgan Stanley Mid Cap Growth Fund | | | | | Buy | 2/7 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A | 05/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date  May 9, 2008

NOTE: ANY INI_____LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544